UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 97-6877

JAMES KERR,

Plaintiff - Appellant,

versus

WILLIAM E. GUNN; J. P. HODGES; DAVID A. FASH-
ION, JR., individually and in their respective
official capacities,

Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Charleston. David C. Norton, District Judge;
Robert S. Carr, Magistrate Judge. (CA-96-2782-2-18AJ)

Submitted: November 18, 1997      Decided: December 15, 1997

Before HALL, LUTTIG, and MOTZ, Circuit Judges.

Affirmed as modified by unpublished per curiam opinion.

James Kerr, Appellant Pro Se. Carl Norman Lundberg, SOUTH CAROLINA
DEPARTMENT OF PROBATION, PAROLE & PARDON SERVICES, Columbia, South
Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order granting Defendants' motion for summary judgment and denying his motion for appointment of counsel. We have reviewed the record and the district court's opinion and find no reversible error. Appellant filed an action seeking damages, challenging the validity of his parole rescission. To recover damages for an allegedly unconstitutional conviction or sentence, or for other harm caused by actions whose unlawfulness would render a conviction or sentence invalid, a prisoner must prove that the conviction or sentence was: (1) reversed on direct appeal; (2) expunged by executive order; (3) declared invalid by a state tribunal authorized to make such a determination; or (4) called into question by a federal court's issuance of a writ of habeas corpus. See Heck v. Humphrey, 512 U.S. 477, 486-87 (1994). Because Appellant has failed to make such a showing, his claim is not ripe and must be dismissed without prejudice. Accordingly, we affirm as modified to reflect dismissal without prejudice to Appellant's right to file another action if his claim becomes ripe. Appellant's pending motions to extend time to perfect his appeal and to quash affidavit and appeal are denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED AS MODIFIED